# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2012

143986-7

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHARLES MOODY,
          Plaintiff-Appellant,

and

GETWELL MEDICAL TRANSPORT,
PROGRESSIVE REHAB CENTER, and
CAROL REINTS, INC.,
          Plaintiffs-Appellees,

v

HOME OWNERS INSURANCE COMPANY,
          Defendant-Appellee.

SC: 143986-7
COA: 301783; 301784
Wayne CC: 10-006722-AV

_____/

      On order of the Court, the application for leave to appeal the September 1, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2012

_____
Clerk

p0516